Matter of Schmidt (2025 NY Slip Op 04836)

Matter of Schmidt

2025 NY Slip Op 04836

Decided on August 28, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:August 28, 2025

PM-191-25
[*1]In the Matter of Howard Jeffrey Schmidt, an Attorney. (Attorney Registration No. 2138790.)

Calendar Date:August 25, 2025

Before:Aarons, J.P., Lynch, Ceresia, Fisher and Powers, JJ.

Howard Jeffrey Schmidt, East Brunswick, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Howard Jeffrey Schmidt was admitted to practice by this Court in 1987 and lists a business address in East Brunswick, New Jersey with the Office of Court Administration. Schmidt now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Schmidt's application.
Upon reading Schmidt's affidavit sworn to June 30, 2025 and filed July 3, 2025, and upon reading the August 21, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Schmidt is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Aarons, J.P., Lynch, Ceresia, Fisher and Powers, JJ., concur.
ORDERED that Howard Jeffrey Schmidt's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Howard Jeffrey Schmidt's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Howard Jeffrey Schmidt is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Schmidt is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Howard Jeffrey Schmidt shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.